AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**LEVAR SIMMS**
**DOB: xx/xx/xx**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about between __July 15, 2006 to August 14, 2006__ in _____ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

knowingly transport an individual, that is "L.B.", who was at that time under the age of 18 years, in interstate commerce from the State of North Carolina, to the District of Columbia, and from the District of Columbia to the Commonwealth of Virginia and to the State of Maryland, with the intent for such individual to engage in prostitution, in violation of Title 18 United States Code, Section 2423

in violation of Title __18__ United States Code, Section(s) __2423__ .

I further state that I am __SPECIAL AGENT WILLIAM MCDERMOTT__ , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
**SPECIAL AGENT WILLIAM MCDERMOTT**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____ at **Washington, D.C.**
Date                                                           City and State

_____                    _____
**Name & Title of Judicial Officer**                **Signature of Judicial Officer**