**STATEMENT OF FACTS**

On August 14, 2006, a 16 year old female runaway from Pennsylvania (hereinafter "L.B.") informed law enforcement officials that she had engaged in prostitution in variously in Washington, D.C., Virginia, and Maryland at the direction, and due to the coercion, of LEVAR SIMMS also known as "Var" (hereinafter "SIMMS").

In or about June of 2006, L.B. met SIMMS while in Greensboro, North Carolina where she was attending a concert. As L.B. was walking down a public street in Greensboro, SIMMS, who was driving a 1988 Navy Blue Ford Thunderbird, approached L.B. and drove L.B. to an unknown location and locked L.B. in a room for the night. Thereafter, SIMMS put L.B. "on the track" in Greensboro, and Charlotte, North Carolina, meaning that SIMMS forced L.B. to walk on or about particular public streets in Greensboro where prostitutes are known to solicit business.

In or about July of 2006, SIMMS, and two prostitutes drove L.B. to the District of Columbia. L.B. was not told where she was going. However, on arrival in Washington, D.C., all four individuals stayed at xxxx xxx Street, N.E. Apt. # xx, Washington, D.C.

Following her arrival in Washington, D.C., L.B. tried on two occasions to leave the District, but was not permitted to so do. L.B. stated SIMMS advertised L.B. for prostitution using www.craigslist.com. L.B. stated that after her arrival in the District of Columbia she was taken within Washington, D.C. and from Washington, D.C. to Virginia and back again, and from Washington, D.C., to Maryland and back again by SIMMS for the purposes of prostitution. L.B. stated SIMMS required L.B. to give SIMMS the money she was paid for sexual acts with persons in Virginia, Maryland, and Washington, D.C., which L.B. did.

The undersigned checked www.craigslist.com and confirmed multiple solicitations for, and sexually suggestive photographs of, L.B. appeared on such website. In addition, the undersigned confirmed that similar solicitations and photographs appeared on www.craigslist.com for the two prostitutes who came with SIMMS and L.B. from North Carolina to Washington, D.C., and who were also staying at xxxx xxx Street, N.E., Apartment #xx.

On August 14, 2006, in the presence of law enforcement personnel, L.B. made a telephone call to SIMMS and asked him to come and pick her up. Shortly thereafter, SIMMS arrived at L.B.'s location. At that time, L.B. positively identified SIMMS as her "pimp," "VAR" and SIMMS was arrested.

                                                  William McDermott
                                                  Special Agent, Federal Bureau of Investigation

Subscribed and sworn to before me this _____ day of August 2006.